UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JANET PARRY,<br><br>    Plaintiff,<br><br>    v.<br><br>LEHMAN BROTHERS BANK, FSB, et al.,<br><br>    Defendants. | Case No. 1:11-cv-00573-EJL-REB<br><br>**JUDGMENT** |

Based upon this Court's Order Adopting Report and Recommendation (Dkt. No. 18) and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Complaint (Dkt. 1, Atts. 1 & 2) is **DISMISSED** for lack of prosecution and this action is **TERMINATED**.

DATED: **August 29, 2012**

_____
Honorable Edward J. Lodge
U. S. District Judge

**JUDGMENT - 1**